

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**Randall Thomas**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

**Michigan Department of Human Service**

**Jody Romero Perez** – Personally and In Her official Position @ MDOHS

**Cecilia Quirindonge Baunsoe - P-68374**

**Sherry Richardson**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:17-cv-11107
Judge: Battani, Marianne O.
MJ: Patti, Anthony P.
Filed: 04-07-2017 At 04:32 PM
CMP THOMAS V DEPARTMENT OF HUMAN SERVICES, ET AL (BG)

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

On 4-4-2014 Plaintiff Randall Thomas Took the child Rande Thomas to Oakland County Court to file for Relelf, because the Child Rande Thomas has been abandon to him on 4-1-2014 by Sherry Richardson @ Comsos Coney Island in Ferndale Mi,

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Randall Thomas
- Street Address: 22917 Woodward
- City and County: Ferndale MI Oakland
- State and Zip Code: MI 48220
- Telephone Number: 248-667-2274
- E-mail Address: monopolycashe@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: The Michigan Department of Human Service
- Job or Title (if known):
- Street Address: 235 South Grand Ave
- City and County: Lansing, MI 48909
- State and Zip Code: MI 48909
- Telephone Number: 517-373-8873
- E-mail Address (if known):

Defendant No. 2

- Name: Jody Romero Perez
- Job or Title (if known):
- Street Address: 235 South Grand Ave
- City and County: Lansing MI
- State and Zip Code: Mich 48909
- Telephone Number: 517-373-8873
- E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

    Name: Sherry Richardson
    Job or Title (if known):
    Street Address: 1570 Annabelle
    City and County: Ferndale  Oakland
    State and Zip Code: MI 48220
    Telephone Number: NA
    E-mail Address (if known): NA

Defendant No. 4

    Name: Cecilia Quirindonge Brunsoe
    Job or Title (if known): Atty P-68374
    Street Address: 35 W Huron Street ste 401
    City and County: Pontiac, MI  Oakland
    State and Zip Code: MI 48342
    Telephone Number: 248- 732-2850
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Elliott Larson Civil Rights Act No#453, Public Act of 1976, as amended

Michigan Persons with Disabilites Act No 220, Public Acts of 1976

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, (name) RANDALL D. THOMAS
       is a citizen of the State of (name) Michigan.

    b. If the plaintiff is a corporation
       The plaintiff, (name) _____,
       is incorporated under the laws of the State of (name)
       _____, and has its principal place of business in the
       State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, (name) Jody Romeyo Payer2, is a citizen of the
       State of (name) Michigan. Or is a citizen of (foreign
       nation) _____.

    b. If the defendant is a corporation
       The defendant, (name) Michigan Department of Health + Human Services, is incorporated
       under the laws of the State of (name) Michigan, and
       has its principal place of business in the State of (name)
       Michigan. Or is incorporated under the laws of
       (foreign nation) _____, and has its principal place
       of business in (name) Oakland County Court House

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*The Intentional Infection of Pain & Suffering by (MDHHS), Jody Romero-Perez, Sherry Richardson and Cecilia Quivindonge Baunseo add to the cost of $1,000,000*

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attn - State of Michigan Department of Civil Rights Complaints*

5

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pain & Suffering, Through Jail time Based on lies, Discrimation Sabotage, set-up, Gender Bisas, class Bias, Race Discrisnation and Reladiation By MDHS, Jody Romero Perez, Cecilia Daunsoe and Sherry Richardson on 4-7-14 and Continue Through to day Bring Plaitff to ask for 1,000,000 in punitive money Damages

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4 - 7, 20 17.

Signature of Plaintiff: _[signed]_

Printed Name of Plaintiff: RANDALL THOMAS

6

**Additional Information:**

See All State of Michigan Department of Civil Right Complaint by RANDALL Thomas, against Michigan Department of Civil Rights, Jody-Romero Perez,

Randall Thomas has file this complaint under Duross of No Aty and with an disablitiy of Dyslexia and needs accommodations to complete case.

See - Randall Thomas (Rebuttals) can't spell or write out complait Due to Disabitiy (Dyslexia)

* false PPO's By Sherry Richarson & Jody Perez

* No Lawyer Represtution in PPO Violation By

JS 44 (Rev. 11/15)            **CIVIL COVER SHEET**      County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Randall Thomas

**DEFENDANTS**
Dept of Human Services

**(b)** County of Residence of First Listed Plaintiff   Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Oakland
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
22917 Woodward
Ferndale mi 48220

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☑ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☑ 446 Amer. w/Disabilities Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE         SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

- [x] Two (2) completed **Civil Cover Sheets**. *1 coversheet*

- [x] Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

  **4** + 2 = **6**   Complaints. *(1 copy of complaint provided)*
  # of Defendants   Total

  Received by Clerk: *NA*   Addresses are complete: *NA*

  CLERK TO AFFIX
  CASE ASSIGNMENT
  LABEL HERE

- [ ] If any of your defendants are **government agencies**:
  Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

## If Paying The Filing Fee:

- [ ] Current new civil action filing fee is attached.

  Fees may be paid by check or money order made out to:

  **Clerk, U.S. District Court**

  Received by Clerk: _____ Receipt #: _____

## If Asking That The Filing Fee Be Waived:

- [x] Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.

  *1 copy provided*

  Received by Clerk: *NA*

### Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| [ ] Two (2) completed **summonses** for each defendant including each defendant's name and address. *No Summons* <br><br> Received by Clerk: _____ | [ ] Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. <br><br> [ ] Two (2) completed **Request for Service by U.S. Marshal** form. <br><br> Received by Clerk: _____ | [ ] You need not submit any forms regarding the Waiver of Summons to the Clerk. <br><br> Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need: <br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant. <br>• Two (2) **Waiver of the Service of Summons** forms per defendant. <br><br> Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here: *No request for marshals & only 1, 285 form per defendent. No Summons. Plaintiff stated, he will bring everything back completed.*

Rev. 4/13